Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Proposed Attorneys for Debtor and Debtor-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Kelly Singer (#022024)
kelly.singer@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>'SA' NYU WA, INC.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 0:13-bk-02972-BMW<br><br>**VERIFIED STATEMENT OF KELLY SINGER IN SUPPORT OF EMERGENCY APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 327(a) AUTHORIZING THE RETENTION OF QUARLES & BRADY LLP AS BANKRUPTCY AND RESTRUCTURING COUNSEL** |

I, Kelly Singer, declare under penalty of perjury as follows, under Rule 2014(a) of the Federal Rules of Bankruptcy Procedure:[1]

    1.    I am an adult person, and I am a resident of Phoenix, Maricopa County, Arizona.

    2.    I am a practicing lawyer and a partner in the law firm of Quarles & Brady LLP (the "**Quarles Firm**").  I am based in the Quarles Firm's Phoenix office.  I am duly

---

[1] Statements made in this Verified Statement are based on my own knowledge or on the knowledge of other employees in the Quarles Firm.

authorized by the Quarles Firm to make all statements which I have made in this Verified Statement on behalf of the Quarles Firm and with respect to the *Emergency Application for Entry of an Order Under 11 U.S.C. § 327(a) Authorizing the Retention of Quarles & Brady LLP as Bankruptcy and Restructuring Counsel* (the "**Application**")[2] and this Verified Statement.

3. I am licensed to practice law before all state and federal courts sitting in Arizona, including the Arizona Supreme Court and the United States District Court (and Bankruptcy Court) for the District of Arizona.

## QUALIFICATIONS

4. The Quarles Firm is a general practice commercial law firm of nearly 500 lawyers whose specialty practice areas include, among other things, restructuring, bankruptcy, real estate, exempt organizations, Native American law, commercial finance, corporate finance and securities, environmental, financial institutions and banking, intellectual property, labor and employment, litigation, and healthcare. The members of the Quarles Firm's Commercial Bankruptcy, Restructuring and Creditors' Rights practice group (including me) have substantial experience in providing representation in bankruptcy cases and we have provided representation of our clients in numerous and substantial bankruptcy cases in Arizona and elsewhere throughout the United States.

5. We have substantial experience representing parties in all aspects of bankruptcy and restructuring, including, without limitation, extensive experience representing debtors-in-possession, creditors' committees, trustees, secured creditors, purchasers, and other constituencies in all types of commercial bankruptcy cases. The Quarles Firm is familiar with the practice of the United States Bankruptcy Court for the District of Arizona and is qualified to represent the Debtor.

---

[2] Capitalized terms not defined in this Verified Statement have the meanings ascribed to them in the Application.

## SERVICES TO BE RENDERED

6. The Quarles Firm has agreed to represent the Debtor in the Bankruptcy Case, subject to approval by the Court. The services the Quarles Firm will provide for the Debtor will include, but are not limited to, the following:

(a) Advise the Debtor with respect to its powers and duties as debtor-in-possession; prepare and review pleadings, motions and correspondence;

(b) attend meetings and negotiate with representatives of creditors and other parties-in-interest and advising and consulting on the conduct of this case, including all of the legal and administrative requirements in chapter 11;

(c) assist the Debtor with the preparation of its Schedules of Assets and Liabilities and Statements of Financial Affairs;

(d) advise the Debtor in connection with any contemplated sales of assets or other business;

(e) advise the Debtor in connection with any postpetition financing or cash collateral arrangements and negotiating and drafting related documents, providing advice and counsel with respect to prepetition financing arrangements and negotiating and drafting related documents;

(f) advise the Debtor on matters relating to the evaluation of the assumption, rejection or assignment of unexpired leases and executory contracts;

(g) advise the Debtor with respect to legal issues arising in or relating to the Debtor's assets and business;

Quarles & Brady LLP
Phoenix, Arizona 85004-2391

QB\19796353.3

(h) take all necessary action to protect and preserve the Debtor's estate, including the prosecution of actions on its behalf, the defense of any actions commenced against it, negotiations concerning all litigation in which the Debtor is involved and objection to claims filed against the Debtor's estate;

(i) prepare, on the Debtor's behalf all motions, applications, answers, orders, reports and papers necessary to the administration of the estate;

(j) negotiate and prepare, on the Debtor's behalf, a Chapter 11 plan, disclosure statement, and all related agreements and/or documents and taking any necessary action on behalf of the Debtor to obtain confirmation of such plan;

(k) attend meetings with third parties and participate in negotiations with respect to the above matters;

(l) appear before the Court, any appellate courts, and the United States Trustee and protecting the interests of the Debtor's estate before such courts and the United States Trustee; and

(m) perform all other necessary legal services and providing all other necessary legal advice to the Debtor in connection with this case

**<u>DISINTERESTED</u>**

7. The Quarles Firm is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), as modified by 11 U.S.C. § 1107(b), because the Quarles Firm and its partners, counsel, and associates:

(a) are not creditors or insiders of the Debtor;

(b) are not and were not, within two years before the date of filing of the Bankruptcy Case, a director, officer, or employee of the Debtor.

8. Other than what is disclosed in this Verified Statement, there is no connection between me or any attorney at the Quarles Firm and any United States Bankruptcy Judge in this District, or with the United States Trustee for this District or any employee thereof.

9. The Quarles Firm has completed an initial conflicts check with respect to the Debtor in accordance with which known possible creditors and parties-in-interest were searched. All parties listed on the master mailing matrix filed with the petition were the subject of this search. The Debtor and its advisors are continuing to analyze its books and records, so this initial conflict check may be subject to further disclosures as the Debtor and its advisors continue to analyze books and records.

10. To the best of my knowledge, and as a result of the conflicts check, the Quarles Firm does not have any connections with the Debtor, its creditors, any other parties-in-interest, or their respective attorneys and accountants, other than as stated in this Verified Statement:

(a) The Quarles Firm represents or has represented various potential parties-in-interest contained on the master mailing matrix in matters unrelated to this Bankruptcy Case. I do not believe that any of these unrelated matters render the Quarles Firm not disinterested, or otherwise impact its ability to effectively represent the Debtor.

(b) The Quarles Firm has a prior working relationship with the Debtor's proposed financial advisor, MCA Financial Group, Ltd ("**MCA**"), whereby the Quarles Firm currently represents and has represented MCA in matters wholly unrelated to

Quarles & Brady LLP
Phoenix, Arizona 85004-2391

1         the Debtor and this Bankruptcy Case, and the Quarles Firm has
2         retained MCA as a financial expert on behalf of clients of the
3         Quarles Firm in matters wholly unrelated to the Debtor and this
4         Bankruptcy Case.

5         (c)     Certain other attorneys in the Quarles Firm and I are
6         members of the Arizona Bankruptcy Inn of Court. Edward
7         Bernatavicius, an attorney for the United States Trustee for this
8         District, is also a member of the Arizona Bankruptcy Inn of Court.
9         Mr. Bernatavicius and I are currently in the same pupilage group.

10         (d)     I was a summer intern for the Hualapai Tribal Courts
11         during the Summer of 2000 after my first year of law school. My
12         internship lasted approximately 3-4 weeks and involved reviewing
13         past Tribal Court decisions to develop Tribal Court precedent.

14     11.     To the best of my knowledge, the Quarles Firm does not have an interest
15 materially adverse to the interests of the Debtor's estate by reason of any direct or indirect
16 relationship.

17     12.     The disclosures contained in this Verified Statement are as complete as
18 possible under the circumstances of this case. The Quarles Firm will continue its efforts during
19 the Bankruptcy Case to ensure that no conflicts or other disqualifying circumstances exist or
20 arise. If any new relevant facts or relationships are discovered or arise, the Quarles Firm will use
21 reasonable efforts to identify any such matters or further developments and will promptly
22 supplement this Verified Statement. Furthermore, if any potential conflicts arise with respect to
23 any parties-in-interest in the Bankruptcy Case, the Quarles Firm is prepared to further supplement
24 this Verified Statement and take any appropriate steps to address any such matter(s).

# COMPENSATION

13. If retained, the Quarles Firm's compensation will be based on its customary hourly rates applicable to the Quarles Firm's clients generally. The Quarles Firm's compensation will be at the expense of the Debtor's estate. Billing statements will be furnished to the Debtor and subject to approval of the Court. The Quarles Firm's current hourly rates for attorneys and paralegals expected to work on this engagement range as follows:

>Partners, Counsel, and Associates: $230 up to $625

>Paralegals/Legal Specialists: Approximately $200 to $215

14. John Harris and Kelly Singer are the primary attorneys responsible for the Quarles Firm's representation of the Debtor. The hourly billing rate for John Harris is currently $625 per hour and the hourly billing rate for Kelly Singer is currently $425. The Quarles Firm will use certain associates and paralegals to perform a portion of the work in connection with the representation of the Debtor. The Quarles Firm's hourly rates are adjusted periodically, usually at the beginning of the Quarles Firm's fiscal year, and any modification of such rates is applicable to legal services performed after the new rates become effective. All requests for the Quarles Firm for payment of fees and expenses from and after the Petition Date will be subject to approval by the Court.

15. A copy of the bankruptcy retention letter agreement between the Debtor and the Quarles Firm is attached to the Application.

16. Prior to the Petition Date, the Quarles Firm received an advance retainer from the Debtor. After all prepetition invoices were paid, the retainer held by the Quarles Firm as of the Petition Date totals $371,256.00. The Quarles Firm has been compensated for all known fees and reimbursed for all known expenses incurred before the Petition Date.

17. The Quarles Firm intends to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the local rules, the guidelines established by the United

States Trustee and such other procedures as may be fixed by order of this Court. Compensation will be payable to the Quarles Firm in compliance with the above rules and as set forth in the Application, on an hourly basis, plus reimbursement of actual and necessary expenses incurred by the Quarles Firm.

18. No agreement or understanding exists between the Quarles Firm and any other person for the sharing of any of the Quarles Firm's compensation for professional services rendered, or to be rendered, to the Debtor in, or in connection with, the Bankruptcy Case. Furthermore, the Quarles Firm has not made, and will not make, any sharing of compensation, any agreement to share compensation, or any other agreement prohibited by Bankruptcy Code § 504 or 18 U.S.C. § 155.

## **CONCLUSION**

19. Based on the foregoing and the Application, I submit that the Quarles Firm is eligible to be employed as counsel for the Debtor in accordance with the Bankruptcy Code, the Bankruptcy Rules, and this Court's Local Rules.

DATED: March 4, 2013.

/s/ Kelly Singer
KELLY SINGER, ESQ.

QB\19796353.3                                   -8-